David P. Matthews
TX SBN: 13206200
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098
Tel. (713) 522-5250
Fax (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

Richard Freese
AL Bar No. 6879-E67R
Calle M. Mendenhall
AL Bar No. 7985-W37E
FREESE & GOSS, PLLC
1901 6th Ave N. Ste. 3120
Birmingham, AL 35203
Tel. (205) 871-4144
Fax (205) 871-4104
rich@freeseandgoss.com
calle@freeseandgoss.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Betty Holland

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

NC

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

NC

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

NC

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court, Eastern District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

-2-

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☒ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: 

11. Date of Implantation as to each product:

09/20/2013

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect
- ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

-3-

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable __NC__ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

-4-

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 4th day of October, 2017.

        **MATTHEWS & ASSOCIATES**

        By: */s/ David P. Matthews*
         David P. Matthews
         2905 Sackett St.
         Houston, TX 77098

        **FREESE & GOSS, PLLC**
         Richard Freese
         Calle M. Mendenhall
         FREESE & GOSS, PLLC
         1901 6th Ave N. Ste. 3120
         Birmingham, AL 35203

        *Attorneys for Plaintiff*

I hereby certify that on this 4th day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

           */s/ David P. Matthews*
           David P. Matthews